otherwise qualified because of race [or] color. . . N.M. STAT. ANN. §28-1-7 (1978). The plaintiff having failed in his burden of proving any form of discrimination must also fail on his wrongful discharge claim.

18. Jones was not wrongfully discharged from work.

19. Jones was not discriminated against on the basis of race.

20. Jones cannot recover damages under a theory of wrongful discharge.

21. Jones is not entitled to any relief or damages under Title VII.

22. Jones' claims under Title VII for race discrimination and any other claim he attempts to assert will be dismissed with prejudice.

The Court enters a Judgment on Partial Findings under Rule 54( b), executing these Findings of Fact and Conclusions of Law, contemporaneously with this Order.

_____
**LESLIE C. SMITH**
United States Magistrate Judge

14